585 A.2d 413

LIDA M. STELLA v. DEAN WITTER REYNOLDS, INC. AND DEAN WITTER REYNOLDS HIGH YIELD SECURITIES, INC. AND MORGAN GUARANTY TRUST COMPANY OF NEW YORK AND MIDLANTIC NATIONAL BANK/SOUTH v. JOHN J. SYKES, JR.

October 30, 1990.

Petition for certification denied. (See 241 *N.J.Super.* 55, 574 *A.*2d 468)

585 A.2d 413

LIDA M. STELLA v. DEAN WITTER REYNOLDS, INC. AND DEAN WITTER REYNOLDS HIGH YIELD SECURITIES, INC. AND MORGAN GUARANTY TRUST COMPANY OF NEW YORK AND MIDLANTIC NATIONAL BANK/SOUTH v. JOHN J. SYKES, JR.

October 30, 1990.

Petition for certification denied. (See 241 *N.J.Super.* 55, 574 *A.*2d 468)